No. 500. ÆTNA INSURANCE COMPANY OF HARTFORD, CONN., v. LANGAN. Eighth Circuit. Denied January 13, 1903. (Mr. Justice Gray took no part in the disposition of this application.) *Mr. Henry E. Davis* for the petitioner. *Mr. R. C. Langan* opposing.